**Lance McDERMOTT, Plaintiff—Appellant,**

v.

**Patrick R. DONAHUE, Postmaster General United States Postal Service; et al.,* Defendants—Appellees.**

No. 09–35999.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 14, 2010.**

Filed Jan. 7, 2011.

Lance McDermott, Seattle, WA, pro se.

Kristin Berger Johnson, Office of the U.S. Attorney, Seattle, WA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

MEMORANDUM ***

Lance McDermott appeals pro se from the district court's judgment dismissing his action concerning the closure of a postal facility, for lack of jurisdiction and failure to state a claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Rhoades v. Avon Prods., Inc.,* 504 F.3d 1151, 1156 (9th Cir.2007). We affirm.

---

* Patrick R. Donahue is substituted for his predecessor, John Potter, as Postmaster General, under Fed. R.App. P. 43(c)(2).

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court properly dismissed McDermott's claims under the Freedom of Information Act ("FOIA") for lack of subject matter jurisdiction. *See United States v. Steele (In re Steele),* 799 F.2d 461, 465–66 (9th Cir.1986) (failure to exhaust administrative remedies required under FOIA before seeking judicial review deprives district court of jurisdiction).

The district court properly dismissed McDermott's remaining claims for lack of standing because the injuries he alleged were merely "conjectural" and "hypothetical." *City of Los Angeles v. Lyons,* 461 U.S. 95, 102, 103 S.Ct. 1660, 75 L.Ed.2d 675 (1983).

McDermott's remaining contentions are unpersuasive.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.